UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PALOMO FARMS LLC/HEMPORT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DRUG ENFORCEMENT ) <br> ADMINISTRATION, U.S. CUSTOMS ) <br> AND BORDER PROTECTION, U.S. ) <br> DEPARTMENT OF JUSTICE, and ) <br> JEFFERSON B. SESSIONS, III, Attorney ) <br> General of the United States ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:17-CV-169-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion to amend/correct the caption of the complaint [DE 15] is GRANTED. The clerk is DIRECTED to correct the caption on the Court's docket as provided by plaintiff's motion. As the Court lacks subject matter jurisdiction to consider plaintiff's claims, defendants' motion to dismiss [DE 8] is GRANTED and this action is DISMISSED in its entirety.

**This Judgment Filed and Entered on June 8, 2018, and Copies To:**

| | |
|---|---|
| Elaine Beverly Wilson | (via CM/ECF electronic notification) |
| Michael James | (via CM/ECF electronic notification) |

DATE:                                           PETER A. MOORE, JR., CLERK

June 8, 2018                          (By) /s/ Nicole Briggeman

                                                                         Deputy Clerk